JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
ALJAMARIO WILLOUGHBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14-0328 GEB |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER RE: CONTINUANCE OF** |
| | ) **STATUS CONFERENCE** |
| ALJAMARIO WILLOUGHBY, | ) |
| Defendant. | ) |

Defendant ALJAMARIO WILLOUGHBY, by and and through counsel Jai M. Gohel, and Plaintiff UNITED STATES OF AMERICA, hereby stipulate to the following:

**STIPULATION**

1. By previous order, this matter was set for status on January 9, 2015 at 9:00 a.m.

2. By this stipulation, defendant now moves to continue the status conference until January 30, 2015, and to exclude time between January 9, 2015, and January 30, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND [PROPOSED] ORDER                                                                1-

a) The government has represented that the discovery associated with this case has been provided, to counsel for defendant.

b) Counsel for defendants desires additional time to consult with their respective clients, review the evidence, and weigh the possibility of settlement.

c) The reason for this is (1) Counsel is currently in a multi-defendant felony criminal trial in Lake County, which will conclude towards the end of January; (2) the case was indicted shortly before the holidays, and as such counsel's trial schedule and holiday commitments made it difficult to have adequate time to adequately go over the discovery with defendant and discuss settlement options; (3) defendant is in custody in Sacramento County Jail and Counsel's office is in San Francisco, which has also made arranging for jail visits more difficult. Defendant and his counsel believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2015 to Janauary 30, 2015, inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T4 (reasonable time for defense counsel to prepare), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**STIPULATION AND [PROPOSED] ORDER**                                              2-

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

DATED:  January 6, 201

         ___/s/ Jai M. Gohel_____
         JAI  M. GOHEL
         Attorney for Defendant
         ALJAMARIO WILLOUGHBY

DATED:  January 6, 2015

         BENJAMIN WAGNER
         United States Attorney


         ___/s/ Paul Hemesath_____
         PAUL HEMESATH
         Asst. United States Attorney

## [PROPOSED] ORDER

a) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

b) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2015 to Janauary 30, 2015, inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T4 (reasonable time for defense counsel to prepare), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

c) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO ORDERED**

Dated: January 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge